# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

CARL MABLE,

    Plaintiff,

v.                                      CASE NO. 1:24cv117-RH-MAF

DUKE ENERGY FLORIDA, LLC,

    Defendant.

_____/

## ORDER CLOSING THE FILE

    The parties have filed a stipulation for dismissal with prejudice as to the named plaintiff and without prejudice as to any putative class members. ECF No. 51. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

    SO ORDERED on December 31, 2025.

                                                    s/Robert L. Hinkle
                                                    United States District Judge